Julia Whittam and Another, Respondents, v. Dunne-McCord Company

Appellant.— Reargument granted, to be heard at present term of court, as soon as case is reached in its regular order.   [See *post*, p. 734.]